The case was tried without a jury, and the trial court found the plaintiff was within the coverage of the policy and that he had not misrepresented. An examination of the evidence convinces us that the trial judge correctly resolved the issues, and certainly his findings of fact were not clearly erroneous under CR 52.01.

The motion for appeal is denied, and the judgment stands affirmed.

We are affirming the judgment in this case imposing a fine of $200 and sentencing the appellant to 120 days in jail for selling whiskey in Local Option Territory because we think there was sufficient evidence to warrant the submission of the case to the jury. Furthermore, the variance between the indictment and the proof was not mentioned in the motion and grounds for a new trial.

The motion for an appeal is overruled, and the judgment is affirmed.

**Sally Ann JONES, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 4, 1957.

**Hargis COUCH et al., Appellants,**

v.

**Thomas T. HENSLEY, Appellee.**

Court of Appeals of Kentucky.

Oct. 4, 1957.

O. J. Cockrell, Jackson, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Breathitt Circuit Court, Ervine Turner, Judge.

